August 17, 2015

Ausencio Martinez
TDCS No. 1231741
Ramsey One Unit
1100 Fm 655
Rosharon, Texas 77583

Clerk,
Tex. Crim. Appeal-Court
P.O. Box 12308 -
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 20 2015

Abel Acosta, Clerk

Re: Cause No. F-0349192-HQ
Application 11.07 issues For 204th District Court

Dear Clerk
On or About July 2015 the 204th Judicial District Court @ Dallas County, Texas did forwarded Applicant's Writ of Habeas Corpus to the Texas Court of Criminal Appeals.
Please provide Any Habeas Status in your Court.
Thank You!

A. Martinez